JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN FUGATE, an individual, | **CASE NO.: 17-CV-07726-R-AFM** |
| Plaintiff, | **ORDER** |
| vs. | |
| TRANSWORLD SYSTEMS, INC., a California corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL HEREIN:**

Based upon the foregoing stipulation of the parties, with good cause shown, the above-captioned case is hereby dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

DATED: March 19, 2018

By: _____
JUDGE OF THE U.S. DISTRICT COURT